# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### WESTERN DIVISION

| | | |
|---|---|---|
| JESSICA MAGEE, | § § | |
| *Plaintiff*, | § § | |
| v. | § § | Case No. 5:20-cv-00168-DCB-MTP |
| C. R. BARD, INC., a Foreign corporation, BARD PERIPHERAL VASCULAR, INC., an Arizona corporation, McKESSON CORPORATION, a corporation, and DOES 1 through 100 Inclusive | § § § § § § § § | |
| *Defendants*. | § | |

## ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT MCKESSON CORPORATION

On this day the Court considered the parties' Joint Stipulation For Dismissal Without Prejudice As To Defendant McKesson Corporation. The Court is of the opinion that the relief requested therein should be GRANTED.

IT IS THEREFORE ORDERED that said Stipulation is **GRANTED** and the defendant McKesson Corporation is dismissed, with each party to bear its own attorneys' fees and costs. This dismissal does not toll or extend any applicable statute of limitations.

SO ORDERED, this  17th  day of September , 2020.

s/David Bramlette
UNITED STATES DISTRICT JUDGE