# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# WESTERN DIVISION

| | | |
|---|---|---|
| JESSICA MAGEE, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Case No. 5:20-cv-00168-DCB-MTP |
| | § | |
| C. R. BARD, INC., a Foreign corporation, | § | |
| BARD PERIPHERAL VASCULAR, INC., | § | |
| an Arizona corporation, and DOES 1 | § | |
| through 100 Inclusive, | § | |
| | § | |
| *Defendants*. | § | |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii), that the above-captioned case be dismissed without prejudice, with each party to bear its own costs. This dismissal does not toll or extend any applicable statute of limitations.

Dated: January 11, 2021.

| | |
|---|---|
| SHELTON DAVIS PLLC | GREENBERG TRAURIG, LLP |
| | |
| */s/ David Shelton* | */s/ Elizabeth Ross Hadley* |
| David Shelton, Esq. | Elizabeth Ross Hadley |
| MSB No. 99675 | MSB No. 99662 |
| 1223 Jackson Ave. East, Ste. 202 | 300 West 6th Street, Suite 2050 |
| P.O. Box 2541 | Austin, TX 78701 |
| Oxford, MS 38655 | Tel: (512) 320-7227 |
| Tel. (662) 281-1212 | Fax: (512) 320-7210 |
| Fax. (662) 281-1312 | Email: hadleye@gtlaw.com |
| Email: david@sheltondavispllc.com | |

| | |
|---|---|
| FEARS NACHAWATI, PLLC<br>Steven Schulte<br>Texas Bar No. 24051306<br>Email: Schulte@Fnlawfirm.Com<br>5473 Blair Road<br>Dallas, TX 75231<br>Tel: (214) 890-0711<br>Fax: (214) 890-0712<br><br>*Counsel for Plaintiff Jessica Magee* | BAKER, DONELSON, BEARMAN,<br>CALDWELL & BERKOWITZ, PC<br>J. Carter Thompson, Jr.<br>MSB No. 8195<br>One Eastover Center<br>100 Vision Drive, Suite 400<br>P. O. Box 14167 (39236-4167)<br>Jackson, MS 39211<br>Tel: (601) 351-8942<br>Fax: (601) 974-8942<br>Email: cthompson@bakerdonelson.com<br><br>*Counsel for Defendants C. R. Bard, Inc. and Bard Peripheral Vascular Inc.* |